# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Bernard Fedor and Pamela Fedor, | Bankruptcy 12-35496 |
| | Honorable Bruce W. Black |
| Debtors. | |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #91)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on December 1, 2016.

Dated: December 2, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of Bernard Fedor and Pamela Fedor,

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
   ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**

(Service via ECF)

- **Kinnera Bhoopal**   kinnera.bhoopal@pierceservices.com
- **Robert J Hamilton**   rob@halawoffices.com
- **Andrew E Houha**   bkecfnotices@johnsonblumberg.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Josephine J Miceli**   Jo@johnsonblumberg.com
- **Andrew J Nelson**   anelson@atty-pierce.com, northerndistrict@atty-pierce.com

## MANUAL SERVICE LIST

| **VIA US Mail**<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | **VIA US Mail**<br>Cheswold (Ophrys), LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 |
|---|---|
| **VIA US Mail**<br>LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **VIA US Mail**<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>Commenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| **VIA US Mail**<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | **VIA US Mail**<br>AZUREA I, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |
| **VIA US Mail**<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | **VIA US Mail**<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| **VIA US MAIL**<br>**Bernard Fedor**<br>**Pamela Fedor**<br>24853 Jordan Lane<br>Plainfield, IL 60544 | |