# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Bernard Fedor | § | Case No. 12-35496 |
| Pamela Fedor | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,000.00                            Assets Exempt: 88,388.55
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,370.10            Claims Discharged
                                                      Without Payment: 29,748.58

Total Expenses of Administration: 1,629.90

---

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 124,267.01 | $ 139,210.98 | $ 139,210.98 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,629.90 | 1,629.90 | 1,629.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,860.00 | 40,811.79 | 20,729.68 | 6,370.10 |
| **TOTAL DISBURSEMENTS** | $ 182,127.01 | $ 181,652.67 | $ 161,570.56 | $ 8,000.00 |

4)  This case was originally filed under chapter 13 on  09/07/2012 , and it was converted to chapter 7 on  06/22/2015 .  The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2017            By:/s/Zane L. Zielinski, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Location: 24853 Jordan Lane, Plainfield Il 60544 | 1110-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Nationstar Mortgage, Llc | 4110-000 | 124,267.01 | 139,210.98 | 139,210.98 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 124,267.01** | **$ 139,210.98** | **$ 139,210.98** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 29.90 | 29.90 | 29.90 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,629.90 | $ 1,629.90 | $ 1,629.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | 5,550.00 | NA | NA | 0.00 |
| | Chase Bank One Card Services PO Box 15298 Wilmington, DE 19850 | | 659.00 | NA | NA | 0.00 |
| | Chase Bank USA PO Box 15298 Wilmington, DE 19850 | | 1,228.00 | NA | NA | 0.00 |
| | Citi Cards/CitiBank PO Box 6241 Sioux Falls, SD 57117 | | 6,866.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau 755 Almar Prkwy Bourbonnais, IL 60914 | | 256.00 | NA | NA | 0.00 |
| | Creditors Discount and Audi 415 E Main St. Streator, IL 61364 | | 97.00 | NA | NA | 0.00 |
| | Macys PO Box 8218 Mason, OH 45040 | | 733.00 | NA | NA | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | 5,600.00 | 2,749.03 | 1,395.46 | 428.82 |
| 6 | Azurea I, Llc | 7100-000 | 12,160.00 | 11,963.78 | 6,073.06 | 1,866.21 |
| 2 | Cheswold (Ophrys), Llc | 7100-000 | 3,531.00 | 4,439.03 | 2,253.35 | 692.44 |
| 3 | Lvnv Funding Llc | 7100-000 | 2,735.00 | 3,316.05 | 1,683.29 | 517.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | 8,467.00 | 8,621.71 | 4,376.55 | 1,344.89 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | 7,718.00 | 7,595.65 | 3,855.71 | 1,184.84 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | 993.00 | 946.83 | 480.63 | 147.69 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | 179.00 | 208.51 | 118.63 | 36.45 |
| 1 | Wells Fargo Bank Na | 7100-000 | 1,088.00 | 971.20 | 493.00 | 151.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 57,860.00 | $ 40,811.79 | $ 20,729.68 | $ 6,370.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-35496 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Bernard Fedor | | | | Date Filed (f) or Converted (c): | 06/22/2015 (c) |
| | Pamela Fedor | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 04/10/2017 | | | | Claims Bar Date: | 12/18/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 24853 Jordan Lane, Plainfield Il 60544 | 180,000.00 | 0.00 | | 8,000.00 | FA |
| 2. Vacant Lot In Tennessee Sugar Tree, Tn Benton County, Tn Sec | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 4. BMO Harris Checking Account | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. TCF Checking Account | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Household goods | 1,325.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Employer Retirement Plan | 49,323.55 | 0.00 | | 0.00 | FA |
| 10. Fidelity Retirement Plan | Unknown | 0.00 | | 0.00 | FA |
| 11. Buick Rendezvous 2003 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Oldsmobile Cutlass 1998 | 500.00 | 0.00 | | 0.00 | FA |
| 13. mechanic's tools | 200.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $240,388.55  $0.00  $8,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's has a settlement with the Debtor.

Exhibit 8

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-35496 |
| Case Name: | Bernard Fedor |
| | Pamela Fedor |
| Taxpayer ID No: | XX-XXX3921 |
| For Period Ending: | 04/10/2017 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX4628 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/16 | 1 | Hamilton & Antonsen LTD<br>3290 Executive Drive #101<br>Joliet, IL 60431 | Settlement Payment 1 of 3 | 1110-000 | $5,896.00 | | $5,896.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,886.00 |
| 07/29/16 | 1 | Bernard Fedor<br>24853 Jordan Lane<br>Plainfield, IL 60544 | Settlement Payment 2 of 3 | 1110-000 | $650.00 | | $6,536.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,526.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,516.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,506.00 |
| 11/02/16 | 1 | Pamela Fedor | Settlement Payment 3 of 3 | 1110-000 | $1,454.00 | | $7,960.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,950.00 |
| 12/23/16 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,579.90 | $6,370.10 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,550.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($29.90) | 2200-000 | | | |
| 12/23/16 | 5002 | Wells Fargo Bank Na<br>Po Box 10438<br>Des Moines Ia 50306-0438 | Final distribution to claim 1 representing a payment of 30.73 % per court order. | 7100-000 | | $151.50 | $6,218.60 |

Page Subtotals: $8,000.00 $1,781.40

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-35496 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Bernard Fedor | Bank Name: Associated Bank |
| Pamela Fedor | Account Number/CD#: XXXXXX4628 |
| | Checking |
| Taxpayer ID No: XX-XXX3921 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | 5003 | Cheswold (Ophrys), Llc<br>C/O Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, Wa 98121 | Final distribution to claim 2 representing a payment of 30.73 % per court order. | 7100-000 | | $692.44 | $5,526.16 |
| 12/23/16 | 5004 | Lvnv Funding Llc<br>C/O Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 3 representing a payment of 30.73 % per court order. | 7100-000 | | $517.26 | $5,008.90 |
| 12/23/16 | 5005 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 30.73 % per court order. | 7100-000 | | $147.69 | $4,861.21 |
| 12/23/16 | 5006 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 30.73 % per court order. | 7100-000 | | $428.82 | $4,432.39 |
| 12/23/16 | 5007 | Azurea I, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 6 representing a payment of 30.73 % per court order. | 7100-000 | | $1,866.21 | $2,566.18 |
| 12/23/16 | 5008 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 7 representing a payment of 30.73 % per court order. | 7100-000 | | $36.45 | $2,529.73 |
| 12/23/16 | 5009 | Portfolio Recovery Associates, Llc<br>Suc To Chase Bank Usa N.A. By<br>Pra Receivables Management Llc,Agt<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 30.73 % per court order. | 7100-000 | | $1,184.84 | $1,344.89 |
| 12/23/16 | 5010 | Portfolio Recovery Associates, Llc<br>Po Box 41067<br>Norfolk, Va 23541 | Final distribution to claim 10 representing a payment of 30.73 % per court order. | 7100-000 | | $1,344.89 | $0.00 |
| 02/20/17 | 5009 | Portfolio Recovery Associates, Llc<br>Suc To Chase Bank Usa N.A. By<br>Pra Receivables Management Llc,Agt<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 30.73 % per court order. Reversal | 7100-000 | | ($1,184.84) | $1,184.84 |

Page Subtotals: $0.00 $5,033.76

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-35496 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Bernard Fedor | Bank Name: Associated Bank |
| Pamela Fedor | Account Number/CD#: XXXXXX4628 |
| | Checking |
| Taxpayer ID No: XX-XXX3921 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/17 | 5010 | Portfolio Recovery Associates, Llc<br>Po Box 41067<br>Norfolk, Va 23541 | Final distribution to claim 10 representing a payment of 30.73 % per court order. Reversal | 7100-000 | | ($1,344.89) | $2,529.73 |
| 02/22/17 | 5011 | Portfolio Recovery Associates, Llc<br>Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Claim Check | 7100-000 | | $1,184.84 | $1,344.89 |
| 02/22/17 | 5012 | Portfolio Recovery Associates, Llc<br>PO Box 12914<br>Norfolk, VA 23541 | Claim Check | 7100-000 | | $1,344.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,184.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4628 - Checking | $8,000.00 | $8,000.00 | $0.00 |
|  | $8,000.00 | $8,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*